1  GINA GILBERT WINSPEAR, ESQ.
   Nevada Bar No. 005552
2  gwinspear@dennettwinspear.com
   MATTHEW ALLEN SARNOSKI, ESQ.
3  Nevada Bar No. 009176
   msarnoski@dennettwinspear.com
4  **DENNETT WINSPEAR, LLP**
   3301 N. Buffalo Drive, Suite 195
5  Las Vegas, Nevada 89129
   Telephone:    (702) 839-1100
6  Facsimile:    (702) 839-1113
7  **Attorneys for Defendants**
   **State Farm General Insurance Company and**
8  **State Farm Fire & Casualty Company**

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  GILBERTO MIRANDA, an individual; BONNIE       Case No.: 2:23-cv-01780-JAD-DJA
    LO, an individual; CHAD TERRY, an individual;
12  THOMAS MOFFITT, an individual,

13               Plaintiffs,                      STIPULATION AND ORDER
                                                  DISMISSING CASE WITH
14  vs.                                           PREJUDICE

15  STATE   FARM   GENERAL   INSURANCE            ECF No. 42
    COMPANY; STATE FARM FIRE & CASUALTY
16  COMPANY; DOES 1-10; and ROE LEGAL
    ENTITIES 1-10,
17
                 Defendants.
18

19

20          IT IS HEREBY STIPULATED by and between Dustin E. Birch, Esq. of the law firm of Clear

21  Counsel Law Group, attorney for Plaintiffs GILBERTO MIRANDA, BONNIE LO, CHAD TERRY,

22  and THOMAS MOFFITT, and Matthew Allen Sarnoski, Esq. of the law firm of Dennett Winspear,

23  LLP, attorney for Defendants STATE FARM GENERAL INSURANCE COMPANY and STATE

24  FARM FIRE & CASUALTY COMPANY, that the within matter be dismissed, with prejudice, each

25  party to bear their own attorneys; fees and costs.

26  . . .

27  . . .

28  . . .

1   IT IS FURTHER STIPULATED that any and all hearings be vacated.

2   Dated this ___30___ day of ___Oct___, 2025.    Dated this ___30th___ day of ___October___, 2025.

3   **DENNETT WINSPEAR, LLP**    **CLEAR COUNSEL LAW GROUP**

5   By_____    By_____

6   GINA GILBERT WINSPEAR, ESQ.    DUSTIN E. BIRCH, ESQ.
    Nevada Bar No. 005552    Nevada Bar No. 010517

7   MATTHEW ALLEN SARNOSKI, ESQ.    1671 W Horizon Ridge Parkway, Suite 200
    Nevada Bar No. 009176    Henderson, Nevada 89012

8   3301 N. Buffalo Drive, Suite 195    Telephone: (702) 476-5900
    Las Vegas, Nevada 89129    Facsimile: (702) 924-0709

9   Telephone: (702) 839-1100    *Attorney for Plaintiffs*
    Facsimile: (702) 839-1113    *Gilberto Miranda, Bonnie Lo, Chad Terry,*

10  *Attorneys for Defendants*    *and Thomas Moffitt*
    *State Farm General Insurance Company*

11  *and State Farm Fire & Casualty Company*

14                          **ORDER**

15      Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS
    HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear

16  its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

20  _____
    U.S. DISTRICT COURT JUDGE

21  11-14-25

2